1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797



**FILED**

DEC 17 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | 07-SW-0271 GGH |
| ) | 07-SW-0269 GGH |
| SEARCH WARRANTS AUTHORIZED ) | 07-SW-0270 GGH |
| FOR THE PREMISES LOCATED AT: ) | |
| ) | |
| 23198 Eldore Road, Penn ) | |
| Valley, California ) | ORDER FOR DESTRUCTION OF BULK |
| ) | MARIJUANA SEIZURE |
| 21884 Greenview Court, ) | |
| Smartville, California ) | |
| ) | |
| 23082 Saint Helena Drive, ) | |
| Smartville, California ) | |
| ) | |

The United States applied for an order permitting its agents to destroy bulk marijuana that it seized in this matter pursuant to duly authorized search warrants. Having read and considered the papers filed by the United States, and good cause appearing therefrom:

IT IS HEREBY ORDERED that the DEA and other investigative agencies involved in the investigation of this matter are authorized to destroy, forthwith, the bulk marijuana seized during the investigation. For evidentiary purposes, the marijuana plants shall be counted and, if possible, weighed. Additionally, the

1

*seized marijuana copy*

1 | garden shall be photographed and/or videotaped, and a
2 | representative sample taken from each location, *which shall be*
3 | *preserved until further order of the court,* copy

4 | Dated: September 18, 2007    _____GREGORY G. HOLLOWS_____
                                 GREGORY G. HOLLOWS
5 |                              U.S. Magistrate Judge

2